UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAJUAN HOLLOMAN

    Plaintiff,

v.                              No. 1:14-cv-12594-NMG

HAROLD CLARKE, ET AL.

    Defendants.

VERIFIED MOTION
TO SUBSTITUTE AND ADD REAL PARTIES IN INTEREST
BY DEFENDANT OFFICERS NAMES AND TITLES

    Now comes the plaintiff, Tajuan Holloman pro se, in the above referenced matter and respectfully moves this honorable court to allow him a permissable substitution to add the real parties in interest by the defendant officers names and titles pursuant Fed. R.Civ.P. 17 et seq. Plaintiff, also request that this honorable court order defense counsel to provide plaintiff with the defendants titles and names so he can properly make the permissable substitution, inter alia, but not limited to, the following:

    1. The defendants filed a motion to dismiss and a memorandum of law in support of said motion, dated May 9,2016.(Defendants: Clarke, Bender, Bedard, Brodbeck, Fasoli, Fedel, MacDonald, Maenpaa, Rodrigues, Russo, Spencer, Thornton, and Williams);

    2. On page 3 of the defendants memorandum, counsel states that "[d]efendant Bender went on medical leave beginning in November 2010 - January 3,2011. see Affadavit of Fiona DiGiandomenico attached as Exhibit B. Defendant Bender retired from the DOC on January 6,2011. see Exhibit B." ;

*Motion denied without prejudice.*
*NMGorton, USDJ 6/30/16*

DOCKETED

(1)